AUSA Andrew S. Boutros (312) 886-7641

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 608 |
| v. ) | |
| ) | Magistrate Judge Susan E. Cox |
| JUAN ROMERO CARCAMO ) | |

### AMENDED AFFIDAVIT IN REMOVAL PROCEEDING

I, KEN WEIDNER, personally appearing before United States Magistrate Judge SUSAN E. COX and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that JUAN ROMERO CARCAMO (hereinafter "Carcamo"), has been charged by Indictment in the District of Connecticut with the following criminal offenses: conspiracy to distribute heroin in violation of Title 21, United States Code, Section 846, and importation of a controlled substance in violation of Title 21, United States Code, Section 952.

I have been informed through official channels that a warrant for the arrest of Carcamo has been issued pursuant to the Indictment. A copy of the arrest warrant is attached.

FILED
7-31-08
JUL 3 1 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

KEN WEIDNER
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 31th day of July, 2008.

SUSAN E. COX
United States Magistrate Judge

AO 442 (USDC-CT Rev. 9/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                          **WARRANT FOR ARREST**

Juan Romero Carcamo
                                            CASE NUMBER: 3:07cr34JCH
To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Juan Romero Carcamo

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense):

Conspiracy to Distribute Heroin
Controlled Substance Import

in violation of Title 21:846, 21:952 United States Code, Section(s)

ROBIN D. TABORA                             Clerk
Name of Issuing Officer                     Title of Issuing Officer

By _____ Deputy Clerk             7/29/08 Bridgeport
Signature of Issuing Officer                Date and location

Note: Prior to your court appearance, please contact the probation office in Bridgeport at 203-579-5707.

Bail Fixed at $ _____             Hon. Janet C. Hall
                                            Name of Judicial Officer

## RETURN
This warrant was received and executed with the arrest of the above named defendant at: _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | A TRUE COPY |
|---|---|---|
|  |  | DATE _____ |
| DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER | BY _____ Deputy Clerk |