# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 608 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Juan Romero Carcamo | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/31/08. Steven R. Shanin is appointed to represent the defendant in this proceeding only. Defendant waives identity hearing. Defendant waives detention hearing. Order Defendant removed to the U.S. District Court for the District of Connecticut in custody.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|