| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Pasha Singh*   ☐ Agent  ☐ Address<br>B. Received by (Printed Name)   C. Date of Delivery  8/11/08 |
| 1. Article Addressed to:<br><br>Ira J. Baldwin<br>tates District Court<br>n McMahon Federal Building and<br>States Courthouse<br>yette Boulevard<br>ort, CT 06604-4706 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>08cr608<br><br>Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 5748 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

**FILED**

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED
Aug 14, 2008
AUG 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
AUG 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT